# EXHBIT A



# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-037-839**
**Effective Date of Registration:**
January 19, 2017

## Title

**Title of Work:** KAY-25

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 02, 2016
**Nation of 1st Publication:** Korea, South

## Author

- **Author:** C&SM INTL
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** Korea, South

## Copyright Claimant

**Copyright Claimant:** C&SM INTL
NO.1105, KEUMKANG PLAZA, CHUNG SA RO 49, UIJEONGBU-SI, KYEONGGI-DO, Korea, South

## Rights and Permissions

**Organization Name:** C&SM INTL
**Address:** NO 1105, KEUMKANG PLAZA, CHUNG SA RO 49
UIJEONGBU-SI
KYEONGGI-DO  Korea, South

## Certification

**Name:** Daniel Jung
**Date:** January 19, 2017

# EXHIBIT C





USD | English Free shipping on orders over $100 to Saudi Arabia Cash on delivery Log In | Register Help Sell on JollyChic

Jollychic

Search for goods 0

NEW IN WOMEN MEN BEAUTY KIDS & MOM ELECTRONICS HOME & LIVING SPORTS FLASH SALE

Home » Women's Clothing » Women's Dresses » Women's Maxi Long Dress O Neck Long Sleeve Floral Pattern Patchwork Dress

Share

# Women's Maxi Long Dress O Neck Long Sleeve Floral Pattern Patchwork Dress

#26J28110GWB

**$34.99**

Write the First review

Color

Size

UK 4/6 | UK 8 | UK 10/12 | UK 14 | Size Guide

Qty

- 1 +

Norton SECURED powered by VeriSign

Information

Details> | Item Measurements> | Shopping Tips>

ADD TO BAG 2

## How About These?

$18.99

$35.99

$25.99

$17.99

$37.99

$23.99

$16.99

$42.99

## Related

$14.99 $18.99

$6.99 $10.99

$8.99 $17.99

## Details

Item ID: #26J28110GWB

Material: Polyester | Length: Maxi

Sleeve Length: Long Sleeve | Pattern: Floral

Category: Others | Sleeve Type: Regular

Pattern: Plant

## Item Measurements

Unit: ✓CM ✓INCH

| Size | Sleeve(cm) | Shoulder(cm) | Bust(cm) | Length(cr |
|---|---|---|---|---|
| UK 4/6 | 44 | 35 | 86 | 139 |
| UK 8 | 45 | 36 | 90 | 140 |
| UK 10/12 | 46 | 37 | 94 | 141 |
| UK 14 | 47 | 38 | 98 | 142 |

## Shopping Tips

Order Process

Delivery Time

24/7 livechat

$12.99  $4.99

Free Delivery
Cash on Delivery
HelpCenter
Payment Method
Return Policy

## Customer Review

There's no reviews.
You can leave your review after login and purchase.

Write a review

## History



$8.99     $37.99

Sign up for special offers and style news:   JOIN IN:

Enter your email address.   Sign up

### Help Center
Delivery
FAQ
About Payment
Contact Us

### Policy
Return Policy
Terms and Conditions
Privacy Policy

### About Us
Jollychic Cooperation Program
About Jollychic.com

### Sell on JollyChic
Why sell on JollyChic?

$40 off for new users



©2005-2018 jollychic.com Copyright, All Rights Reserved.

24/7 livechat

https://www.jollychic.com/p/women-s-maxi-long-dress-o-neck-long-sleeve-floral-pattern-patchwork-dress-g2551224.html?_xc_cs=usd&ischangecurrency=1



USD | English | Free shipping on orders over $69 to United States | Log In | Register | Help | Sell on JollyChic

# Jollychic

Search for goods

 0

**NEW IN    WOMEN    MEN    BEAUTY    KIDS & MOM    ELECTRONICS    HOME & LIVING    SPORTS    FLASH SALE**

Home » Women's Clothing » Women's Dresses » Women's Dress Long Sleeve O Neck Floral Pattern Patchwork Maxi Long Dress








## Women's Dress Long Sleeve O Neck Floral Pattern Patchwork Maxi Long Dress

#5HW28110KCP

**$33.99**                              Write the First review

**Color**



**Size**

US 0/2 | US 4 | US 6/8 | US 10      Size Guide

**Qty**

−  1  +      Norton SECURED

**Information**

Details>  |  Item Measurements>  |  Shopping Tips>

Share  

**ADD TO BAG**    ♥

### How About These?



$32.99   $31.99

$37.99   $27.99

$23.99   $20.99





$23.99    $17.99

## Related



### Details

| | | | |
|---|---|---|---|
| Item ID: | #5HW28110KCP | | |
| Style: | Aline | Collar Type: | O Neck |
| Decoration: | Pocket | Length: | Maxi |
| Sleeve Length: | Long Sleeve | Material: | Cotton |
| Pattern: | Floral | Category: | Others |
| Fitness: | Loose | Sleeve Type: | Regular |

View More ∨




$13.99    $6.99

### Item Measurements

Unit: ✓CM   INCH

| Size | Sleeve(cm) | Shoulder(cm) | Bust(cm) | Length(cm) |
|---|---|---|---|---|
| US 0/2 | 44 | 35 | 86 | 139 |
| US 4 | 45 | 36 | 90 | 140 |
| US 6/8 | 46 | 37 | 94 | 141 |
| US 10 | 47 | 38 | 98 | 142 |



$11.99    $12.99

### Shopping Tips

| | |
|---|---|
| Order Process ∨ | Delivery Time ∨ |
| Free Delivery ∨ | Payment Method ∨ |
| Return Policy ∨ | HelpCenter ∨ |



$2.99    $17.99



# Women's Dress Long Sleeve O Neck Floral Pattern Patchwork Maxi Long Dress

#5HW28110KCP

**$33.99**     Write the First review

**Color**

**Size**  US 0/2   US 4   US 6/8   US 10   Size Guide

**Qty**  − 1 +   Norton SECURED

**Information**
Details>   |   Item Measurements>   |   Shopping Tips>

Share

ADD TO BAG

**How About These?**

$32.99   $31.99
$37.99   $27.99
$23.99   $20.99

USD | English | Free shipping on orders over $69 to United States

Log In | Register | Help | Sell on JollyChic



Search for goods

NEW IN   WOMEN   MEN   BEAUTY   KIDS & MOM   ELECTRONICS   HOME & LIVING   SPORTS   FLASH SALE

Home » Women's Clothing » Women's Dresses » Women's Dress Long Sleeve O Neck Floral Pattern Patchwork Maxi Long Dress





How About These?

$32.99   $31.99

$37.99   $27.99

$23.99   $20.99

Share 

ADD TO BAG 

